

# INVOICE

Invoice # 7913
Date: 05/14/2025
Due On: 06/13/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Billie Jo Alexander and Stephen Lamar Alexander

## 05545-Alexander Billie Jo Alexander and Stephen Lamar

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 12/06/2024 | Drafted Invoice for services rendered. | 0.10 | $155.00 | $15.50 |
| Service | JC | 12/06/2024 | Reviewed current invoice and drafted Lodestar Analysis. | 0.20 | $155.00 | $31.00 |
| Service | JC | 12/06/2024 | Drafted 1st Application for Compensation utilizing Lodestar Analysis and billing activities; drafted Notice, Affidavit, and proposed Order. | 0.40 | $155.00 | $62.00 |
| Service | JC | 12/06/2024 | Drafted e-mail memo to GM attaching Affidavit for her to obtain TR's signature and notarize. | 0.10 | $155.00 | $15.50 |
| Service | JC | 12/06/2024 | Drafted memo to TR attaching Application for Compensation, Exhibits A and C, proposed Order, and Lodestar Analysis for his review. | 0.10 | $155.00 | $15.50 |
| Service | TR | 12/06/2024 | Review and approve fee app drafted by JC | 0.10 | $360.00 | $36.00 |
| Service | JC | 12/10/2024 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for Compensation, Exhibit A, Exhibit C, and Proposed Order for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 12/11/2024 | Review: Proof of Claim 24-51478-KMS Resurgent Receivables, LLC Document # 14 | 0.10 | $0.00 | $0.00 |

Invoice # 7913 - 05/14/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 12/16/2024 | Review: Proof of Claim 24-51478-KMS Jefferson Capital Systems LLC Document # 15 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/16/2024 | Review: Proof of Claim 24-51478-KMS Citibank N.A. Document # 16 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 12/23/2024 | Review: Proof of Claim 24-51478-KMS Jefferson Capital Systems LLC Document # 17 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/23/2024 | Review: Proof of Claim 24-51478-KMS LVNV Funding, LLC Document # 18 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/23/2024 | Review: Proof of Claim 24-51478-KMS LVNV Funding, LLC Document # 19 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 12/23/2024 | Review: Proof of Claim 24-51478-KMS Jefferson Capital Systems LLC Document # 20 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/23/2024 | Review: Proof of Claim 24-51478-KMS LVNV Funding, LLC Document # 21 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/23/2024 | Review: Proof of Claim 24-51478-KMS Tower Loan of Mississippi, LLC Document # 22 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 12/23/2024 | Review: Proof of Claim 24-51478-KMS First Heritage Document # 23 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/03/2025 | Review: 24-51478-KMS Minute Entry (CHAP) Document# 21 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/03/2025 | Review: Proof of Claim 24-51478-KMS Quantum3 Group LLC as agent for Document # 24 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/03/2025 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | TR | 01/07/2025 | Review: 24-51478-KMS Order on Application for Compensation Document# 22 | 0.10 | $0.00 | $0.00 |
| Service | TR | 05/12/2025 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |
| Service | JC | 05/14/2025 | Created draft invoice and gathered information to obtain cost of mailing estimate. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/14/2025 | Reviewed 1st Application, Order, and | 0.20 | $155.00 | $31.00 |

Invoice # 7913 - 05/14/2025

| | |
|---|---|
| Invoice filed in case; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed activities in case; began drafting 2nd Application for Compensation, Notice, Affidavit, and proposed Order. | |
| **Services Subtotal** | **$685.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 12/09/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $77.08 | $77.08 |
| Expense | 05/14/2025 | Mailing Expense - Fee Application: Mailing Expense - 2nd Fee Application Estimate | 1.00 | $3.50 | $3.50 |
| | | | **Expenses Subtotal** | | **$80.58** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 1.1 | $360.00 | $396.00 |
| Jennifer Curry Calvillo | Attorney | 0.4 | $0.00 | $0.00 |
| Thomas Rollins | Attorney | 0.2 | $360.00 | $72.00 |
| Thomas Rollins | Attorney | 0.1 | $0.00 | $0.00 |
| Jacki Curry | Non-Attorney | 1.4 | $155.00 | $217.00 |
| | | | **Subtotal** | **$765.58** |
| | | | **Total** | **$765.58** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7315 | 01/05/2025 | $3,570.35 | $0.00 | $3,570.35 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

Invoice # 7913 - 05/14/2025

| | | | | |
|---|---|---|---|---|
| 7913 | 06/13/2025 | $765.58 | $0.00 | $765.58 |
| | | | **Outstanding Balance** | **$4,335.93** |
| | | | **Total Amount Outstanding** | **$4,335.93** |

5/14/25, 3:20 PM                                                                Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload?   `3`   pages
   Our rate is dependant on the number of pages you are intending to upload.
   Simply look at the page count in your pdf document(s) and input that number
   of pages in the box at right.

**2** How many parties will be receiving your documents?   `1`   parties
   This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet.   `2`
   We print on both sides of the sheet to reduce cost and weight.
   Printing on only one side of the sheet will quickly increase
   the cost of the postage incurred.

**4** We will print your documents 1 page per side.   `1`

**Disclaimer & User Agreement:**

    By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate.  Changes in addresses, changes in documents, international mail costs and other factors all influence the

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  |  |
|---|---|
|  | 1.5 |
| Date and Time: | Wed May 14 2025 15:20:56 GMT-0500 (Central Daylight Time) |
| Total Pages to Print: | 3 |
| Sheets Per Envelope | 1.5 |
| First Class Postage Rate | $ 0.73 |
| Print Rate: | $ 0.19 |
| Printing Cost: | $                            0.5700000000000001 |
| Postage Cost: | $                            0.73 |
| Total Cost: | $                            3.50 (Minimum Charge) |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED