B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

SOUTHERN DISTRICT OF MS

In Re:                                                        Case No.  2451478
BILLIE JO ALEXANDER

STEPHEN LAMAR ALEXANDER

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Portfolio Recovery Associates, LLC                          One Main Financial
----------------------------------------------              ----------------------------------------------
Name of Transferee                                          Name of Transferor

Name and Address where notices to transferee               Court Claim # (if known): 3
should be sent:                                            Amount of Claim: $9,178.24
Portfolio Recovery Associates, LLC                         Date Claim Filed: 10/25/2024
POB 41067
Norfolk, VA 23541

Phone: (877)829-8298                                       Phone:
Last Four Digits of Acct # :  9997                         Last Four Digits of Acct #: 9997

Name and Address where transferee payments                 Seller Information
Should be sent (if different from above)                   ONEMAIN FINANCIAL GROUP, LLC
Portfolio Recovery Associates, LLC                         100 INTERNATIONAL DRIVE
POB 12914                                                  BALTIMORE MD 21202
Norfolk, VA 23541

Phone: (877)829-8298
Last Four Digits of Acct # : 9997

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ James Parker                                       Date: 12/18/2025
--------------------------------------------
     Transferee/Transferee's Agent
Email: Bankruptcy_Info@portfoliorecovery.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## EXHIBIT A

### ASSIGNMENT AND BILL OF SALE

ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company, ONEMAIN FINANCIAL OF MINNESOTA, INC., a Minnesota corporation, on behalf of themselves and as attorney in fact for ONEMAIN FINANCIAL ISSUANCE TRUST 2019-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-A, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2020-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2021-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-3, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-S1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2023-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2023-2, a Delaware statutory trust; and ONEMAIN FINANCIAL ISSUANCE TRUST 2024-1, a Delaware statutory trust, ONEMAIN FINANCIAL TERM FUNDING I, LLC, a Delaware statutory trust, and any other OneMain trusts that are created after this forward flow Agreement is executed.

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, Sellers hereby sell, assign, and transfer to Buyer, its successors and permitted assigns, all of Sellers rights, title, and interest in and to the Accounts owned by such Sellers and identified on the Sale File delivered by the Sellers to Buyer in electronic file form in conjunction herewith and titled █████████████ .

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement on November 14, 2025.

[SIGNATURE PAGE(S) FOLLOW]

## ASSIGNMENT AND BILL OF SALE

### SIGNATURE PAGE

SELLERS: ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company, ONEMAIN FINANCIAL OF MINNESOTA, INC., a Minnesota corporation, on behalf of themselves and as attorney in fact for ONEMAIN FINANCIAL ISSUANCE TRUST 2019-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-A, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2020-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2021-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-3, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-S1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2023-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2023-2, a Delaware statutory trust; and ONEMAIN FINANCIAL ISSUANCE TRUST 2024-1, a Delaware statutory trust, ONEMAIN FINANCIAL TERM FUNDING I, LLC, a Delaware statutory trust, and any other OneMain trusts that are created after this forward flow Agreement is executed.

ONEMAIN FINANCIAL GROUP, LLC, a
Delaware limited liability company

Signed by:

By: Joe Orlando
436151F75DE3463...

Name: Joseph M. Orlando

Title: Vice President, Managing Director

ONEMAIN FINANCIAL OF MINNESOTA,
INC., a Minnesota corporation

Signed by:

By: Joe Orlando
436151F75DE3463...

Name: Joseph M. Orlando

Title: Vice President, Managing Director

BUYER: PORTFOLIO RECOVERY ASSOCIATES, LLC;
A Delaware limited liability company

DocuSigned by:

By: Leigh Bates
8A3D5D0818674CF...

Name: Leigh Bates

Title: Authorized Signer