**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Billie Jo Alexander**
**Stephen Lamar Alexander, Debtors**

**Case No. 24-51478-KMS**
**CHAPTER 13**

# NOTICE

Debtors have filed papers with the court to Modify their Chapter 13 Bankruptcy Plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St. Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: October 20, 2026

Signature: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Billie Jo Alexander** **Case No. 24-51478-KMS**
**Stephen Lamar Alexander, Debtors** **CHAPTER 13**

**MOTION TO MODIFY BANKRUPTCY PLAN**

COME NOW, Debtors, by and through counsel, and move this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtors commenced this case on 10/15/2024 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. Debtors wish for the following changes to be made to their bankruptcy:
   a. Debtor's 2022 Hyundai Kona ("Vehicle") was deemed a total loss as the result of an accident on September 5, 2026.
   b. Debtor should surrender the Vehicle to the Creditor, Hyundai Capital America DBA Hyundai Motor Finance. ("Creditor").
   c. Progressive Insurance ("Insurance Company") should turn over all insurance proceeds covering the Vehicle to Creditor.
   d. Creditor should transfer title of the Vehicle to Insurance Company.
   e. If any funds remain after the Vehicle is paid off, they should be turned over to Debtor to purchase a replacement vehicle.
   f. Trustee should cease ongoing payments to Creditor for the Vehicle.
3. Debtors wish for the Trustee to cure any deficiency including ongoing mortgage payments paid through the plan, if one exists, and adjust the wage order as needed.

WHEREFORE, Debtors pray that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767, Jackson, MS 39236

# CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on October 20, 2026, to:

By USPS First Class Mail, Postage Prepaid:

Progressive Insurance
P.O. Box 94670
Cleveland, OH 44101

Hyundai Capital America
dba Hyundai Motor Finance
P.O. Box 20809
Fountain Valley, CA 92728

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.