**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 24, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Billie Jo Alexander**
**Stephen Lamar Alexander, Debtors**

**Case No. 24-51478-KMS**
**CHAPTER 13**

## ORDER MODIFYING CHAPTER 13 PLAN

THIS CAUSE having come on this date on the Debtors' Motion to Modify Plan (DK # 39 ), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion to Modify Plan is granted. This Order binds those creditors and parties in interest that have been properly served. Debtors shall surrender the 2022 Hyundai Kona ("Vehicle") to the Creditor, Hyundai Capital America DBA Hyundai Motor Finance ("Creditor"). Progressive Insurance ("Insurance Company") shall turn over all insurance proceeds covering the Vehicle to Creditor. Creditor shall transfer title of the Vehicle to Insurance Company. If any funds remain after the Vehicle is paid off, they shall be turned over to Debtors to purchase a replacement vehicle. Trustee shall cease ongoing payments to Creditor for the Vehicle. Trustee is authorized to adjust the wage order, if needed, for the modification and to cure any deficiency if it exists. Debtors must make payments as specified by modification.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767, Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR